UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON,           )
                           )
              Plaintiff,   )
                           )   **JUDGMENT IN A CIVIL CASE**
v.                         )   **CASE NO. 5:18-cv-563-D**
                           )
UNITED STATES OF AMERICA,  )
                           )
              Defendant.   )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Solomon's application to proceed in forma pauperis [D.E. 1] is GRANTED and Solomon's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

| | |
|---|---|
| Patrick Solomon | (Sent to 3984 Neeley St. Raleigh NC 27606 via US Mail) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 27, 2018 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |